# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2007

130855 & (49)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL EUGENE DRAKE,
   Plaintiff-Appellee,

v

             SC: 130855
             COA: 257800
             Hillsdale CC: 03-000318-NF

CITIZENS INSURANCE COMPANY,
   Defendant-Appellant.

_____/

   On October 3, 2007, the Court heard oral argument on the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals. The motion to permit defendant to file a supplemental brief is GRANTED. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2007

s1023

                   Clerk